## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **JUAN SANCHEZ, on Behalf of Himself and on Behalf of All Others Similarly Situated,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:20-cv-00979-KWR-GJF |
| **S&P DATA NEW MEXICO, LLC, and S&P DATA, LLC,** | § § § § § | |
| Defendants. | § § | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT

Before the Court is the parties' Joint Motion for Approval of Fair Labor Standards Act ("FLSA") Collective Action Settlement. For good cause shown, and as more fully explained below, the Motion is **GRANTED AS FOLLOWS:**

1. The Court has jurisdiction over the claims asserted in the civil action and over the parties in the civil action.

2. The Court has reviewed the Settlement Agreement under seal and concludes that the agreement is adequate, fair, and reasonable, that it is in the best interests of the Parties and the Collective Members, and that it should be and hereby is **APPROVED.** Likewise, the determination of the individual payments to the Collective Members is approved as a fair, equitable, and reasonable allocation of the gross settlement amount. Accordingly, the agreement is hereby **APPROVED** in accordance with the FLSA, and it shall be administered in accordance with its terms.

3. The Court finds the allocation of attorneys' fees, costs, and expenses to be fair and reasonable, and are **APPROVED.**

-2-

4. The Court finds the Parties' request for a service award to be awarded to Named Plaintiff Juan Sanchez in the amount described in the agreement to be fair and reasonable, and is **APPROVED.**

5. The Court finds the scope of the release(s) identified in the agreement to be fair and reasonable and is **APPROVED.**

6. Therefore, the proposed settlement is **APPROVED,** and this approval order and agreement are binding on Plaintiffs and all Collective Members that have submitted their written consent to join the collective action pursuant to 29 U.S.C. § 216(b), as well as on Defendants.

**IT IS SO ORDERED.**

**DATE: OCTOBER 25, 2022**

                                             **KEA W. RIGGS**
                                             **UNITED STATES DISTRICT JUDGE**